GEORGE A. STREETER et al., Appellants, *v.* THE VILLAGE OF JOHNSTOWN, Respondent.

(Argued June 19, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made January 26, 1886, which affirmed a judgment in favor of defendant, entered upon a decision of the court on trial without a jury.

*Esek Cowen* for appellants.

*John M. Carroll* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.